

# United States District Court
# Northern District of Illinois

In the Matter of

Richard Dennis            District Judge Edmond E. Chang

v.            Case No. 15-CV-3155

Kraft Foods Group, Inc., et al.            Designated Magistrate Judge Daniel G. Martin

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge James B. Zagel to be related to 15 C 2937 which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
**Judge Edmond E. Chang**

Date: Thursday, June 04, 2015

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Edmond E. Chang

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
**Chief Judge Ruben Castillo**

Dated: Thursday, June 04, 2015

District Reassignment - Finding of Relatedness